UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **ED CV 26-2941-DMG (SPx)** | Date | July 15, 2026 |
| Title | ***Pedro Delgado Manuel v. Adelanto ICE Processing Center Warden*** | Page | 1 of 2 |

Present: The Honorable DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| DEREK DAVIS | NOT REPORTED |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Petitioner(s) | Attorneys Present for Respondent(s) |
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER FOR PETITIONER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED WITHOUT PREJUDICE AS MOOT**

On May 27, 2026, Petitioner Pedro Delgado Manuel, proceeding *pro se*, filed a Petition under 28 U.S.C. § 2241, that sought immediate release from his detention at the Adelanto Immigration and Customs Enforcement ("ICE") Detention Center. [Doc. # 1.] On July 14, 2026, Respondent Adelanto ICE Processing Center Warden filed a status report that states Petitioner has been released from immigration detention, remains non-detained, and has not been removed from the United States. [Doc. # 16 at 2.] That status report includes a copy of Petitioner's June 19, 2026 Order of Supervision. [Doc. # 16-2.]

Because Petitioner has received the remedy that he sought in his habeas petition—immediate release from detention—it appears his petition is moot.[1] *See Deakins v. Monaghan*, 484 U.S. 193, 199 (1988); *Abdala v. I.N.S.*, 488 F.3d 1061, 1065 (9th Cir. 2007).

In addition, it appears Petitioner is not in compliance with Local Rule 41-6, which requires him to keep the Court up to date with respect to his current address. *See* C.D. Cal. L.R. 41-6 ("A party proceeding *pro se* must keep the Court and all other parties informed of the party's current address as well as any telephone number and email address. If a Court order or other mail served on a *pro se* plaintiff at his address of record is returned by the Postal Service as undeliverable and the *pro se* party has not filed a notice of change of address within 14 days of the service date of the order or other Court document, the Court may dismiss the action with or without prejudice for failure to prosecute.").

///

[1] Petitioner alternatively requested the Court order a bond hearing, but the purpose of the bond hearing would be to determine whether to release Petitioner from detention.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **ED CV 26-2941-DMG (SPx)** | Date | July 15, 2026 |
| Title | ***Pedro Delgado Manuel v. Adelanto ICE Processing Center Warden*** | Page | 2 of 2 |

Accordingly, the Court **ORDERS** Petitioner to show cause why this action should not be dismissed as moot. In addition, Petitioner shall update the Court as to his current mailing address and contact information, if he wishes to continue to litigate this matter. If the Government has Petitioner's current contact information, the Government shall provide a copy of this order to Petitioner. Petitioner's failure to respond to this Order by **August 7, 2026** will result in dismissal of the action without prejudice.

**IT IS SO ORDERED**.