**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

PEDRO DELGADO MANUEL,
Plaintiff,
v.
ADELANTO ICE PROCESSING CENTER WARDEN,
Defendant.

Case No. ED CV 26-2941-DMG (SPx)

**JUDGMENT OF DISMISSAL**

The Court **DISMISSES** this action without prejudice as moot because Petitioner has been released from custody. All pending motions also have been **DENIED** as moot.

**IT IS SO ORDERED.**

DATED: August 26, 2026

DOLLY M. GEE
CHIEF U.S. DISTRICT JUDGE